UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THOMAS R. GALVIN,

                    Plaintiff,

      - against -

NASSAU COUNTY, NASSAU COUNTY
POLICE DEPARTMENT, COMMISSIONER
WILLIAM WILLETT, LIEUTENANT
RICHARD HANLEY, DETECTIVE ROBERT
BRZESKI, DETECTIVE ROBERT
DEPIETRO, VILLAGE OF ROCKVILLE
CENTRE, ROCKVILLE CENTRE POLICE
DEPARTMENT, POLICE OFFICERS
ROBERT WALTERS, LIEUTENANT
RICHARD FANTRY, and SERGEANT
HUGH O'GARA,

                    Defendants.

-----------------------------------------------------------X

**JUDGMENT**

CV-01-4861 (DRH)

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on February 24, 2003, dismissing the 1997 incidents as time-barred; and a further Order of the Court, having been filed on March 11, 2004, granting defendants' motions for judgment on the pleadings, and declining to exercise supplemental jurisdiction over plaintiff's state law claims, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that the 1997 incidents are dismissed as time-barred; that defendants' motions for judgment on the pleadings are granted; and that the Court declines to exercise supplemental jurisdiction over plaintiff's state law claims.

Dated: Long Island, New York
       March 15, 2004

                                                      ROBERT C. HEINEMANN
                                                      CLERK OF THE COURT

                                         By:   /s/ Ralph Branciforte
                                                      Deputy Clerk